# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS TORRES MEDRANO, JR.,<br><br>Defendant. | No. 2:17-CR-00067-SMJ-1<br><br>ORDER DENYING MOTION TO MODIFY WITH LEAVE TO RENEW<br><br>**MOTION DENIED**<br>**(ECF No. 54)** |

Before this Court is Defendant's Motion to Release on Conditions. ECF No. 54. Defendant asks the Court to release him from custody because of a ruling suppressing evidence in the above captioned matter. ECF No. 56.

The Court finds that circumstances have not yet materially changed, pending reconsideration, if any, and the suppression ruling becoming final.

Therefore, Defendant's motion, **ECF No. 54**, is **DENIED** with leave to renew after the suppression order is final at the trial court level.

Further, at the time of any renewed motion, the Court will expect the motion to contain updated information regarding Defendant's parallel Department of Corrections proceedings.

**IT IS SO ORDERED.**

DATED September 26, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1