FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS TORRES MEDRANO, JR,<br><br>Defendant. | No. 2:17-CR-0067-SMJ<br><br>**ORDER DENYING RECONSIDERATION** |

The Government moves for reconsideration of the Court's order granting Defendant's motion to suppress and reopening of the suppression hearing. ECF No. 61. Because the Government has not drawn the Court's attention to any facts or law not previously considered, and has not shown any manifest error, the request for reconsideration is denied. *See* Local Criminal Rule 12(c)(5). Because the Government has not presented any newly-discovered evidence relevant to the issue of suppression, reopening the suppression hearing is also inappropriate. *See United States v. Rabb*, 752 F.3d 1320, 1323 (9th Cir. 1984), *abrogated in part on other grounds by Bourjaily v. United States*, 483 U.S. 171 (1987).

Accordingly, **IT IS HEREBY ORDERED**:

ORDER - 1

1. The United States' Motion for Reconsideration and Re-Opening of Suppression Hearing, **ECF No. 61**, is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of October 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2