Walter L. Ayers
Ayers Law Firm, P.L.L.C.
1312 N. Monroe Street, Suite 133
Spokane, WA 99201
Telephone/Fax: (509) 252-6005
Email: walter@ayerslawfirm.net

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:17-CR-00067-SMJ-1 |
|---|---|
| Plaintiff, | NOTICE OF ERRATA AND CORRECTION TO DEFENDANT'S REPLY MEMORANDUM FILED AS ECF 93. |
| v. | |
| CARLOS TORRES MEDRANO, JR., | |
| Defendant(s). | |

CARLOS TORRES MEDRANO, JR., through counsel, Walter L. Ayers, hereby submits this errata to correct the dates at the top of page two of ECF 93. The dates at the top of page 2, lines 1 and 2 state December 5, 2017. Those dates should be December 14, 2017.

Dated this 20th day of December, 2017.

                        Respectfully Submitted,

                        s/Walter L. Ayers
                        WSBA # 19707
                        Attorney for Carlos Medrano, Jr.
                        Ayers Law Firm, P.L.L.C.
                        1312 N. Monroe Street, Suite 133
                        Spokane, WA 99201
                        Telephone/Fax: (509) 252-6005
                        Email: walter@ayerslawfirm.net

ERRATA                         1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Russel Smoot and Stephanie Lister, Assistant United States Attorneys.

s/Walter L. Ayers_____
WSBA # 19707
Attorney for Carlos Medrano, Jr.
Ayers Law Firm, P.L.L.C.
1312 N. Monroe Street, Suite 133
Spokane, WA 99201
Telephone/Fax: (509) 252-6005
Email: walter@ayerslawfirm.net